Brett Weiss, #02980 (lawyer@brettweiss.com)
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone: (301) 924-4400
Facsimile: (240) 627-4186

*Counsel to the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> **TABISH MANZOOR SYED,** <br><br> *Debtor*. | Case No. 18-17512 NVA <br><br> Chapter 11 |
| **CHAPTER 11 FINAL REPORT** ||

**THE FOLLOWING** is a report of payments made pursuant to the Plan, confirmed by this Court on January 25, 2022.

**TOTAL DISTRIBUTIONS UNDER THE PLAN (through 9/30/22):**  $ 49,647.66

PERCENTAGE OF CLAIMS PAID OR PROPOSED TO BE PAID
TO THE GENERAL CLASS OF UNSECURED CREDITORS
WITHIN THE PLAN:  22%

A.  Gross Cash Receipts (through 12/31/21):  $ 226,253.37

| | | Paid | Proposed | Total |
|---|---|---|---|---|
| B. | Priority payments of expenses of administration other than operating expenses: | | | |
| 1. | Trustee's commission (if any) | $  - | $  - | $  - |
| 2. | Fees and expenses, Trustee's counsel | $  - | $  - | $  - |
| C. | Other professional fees and expenses: | | | |
| 1. | Fees and expenses, accountants | $  - | $  - | $  - |
| 2. | Fees and expenses, auctioneers/appraisers | $  - | $  - | $  - |
| 3. | Fees and expenses, Debtor's attorneys | $ 18,052.00 | $ 47,826.10 | $ 65,878.10 |
| 4. | Other professional fees (specify) | $  - | $  - | $  - |
| 5. | Taxes, fines, penalties, etc. | $  - | $  - | $  - |
| 6. | Other expenses of administration (must be itemized: includes bond premiums, settlement costs, etc.); United States Trustee Quarterly Fees | $ 750.00 | $ 250.00 | $ 1,000.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 7. | Total | $ 18,802.00 | $ 48,076.10 | $ 66,878.10 |

D. Payments to creditors (totals under each category sufficient) (from Effective Date to 9/30/22):

|   |   |   |   |   |
|---|---|---|---|---|
| 1. | Paymentrs to secured creditors | $ 25,845.66 | $ 202,307.21 | $ 228,152.87 |
| 2. | Payments to priority creditors | $ - | $ - | $ - |
| 3. | Payments to unsecured creditors | $ 5,000.00 | $ - | $ 5,000.00 |
| 4. | Payments to equity security holders | $ - | $ - | $ - |

E. Other payments (including surplus payments to debtor): $ -   $ -   $ -

F. **AMOUNT TO BE PAID UNDER PLAN**     $ 300,030.97

The Plan Administrator hereby avers that all provisions of the Plan have been substantially consummated, and Plan payments have been completed. Furthermore, the Debtor hereby certifies, under penalty of perjury, that the following statements are true and correct:

1. Debtor has completed all payments to General Unsecured Creditors under the Plan. There are no Priority creditors.

2. Debtor has completed an instructional course concerning financial management as described in 11 U.S.C. § 111.

3. Debtor did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $155,675 in the type of property described in 11 U.S.C. § 522(p)(1).

4. There is not currently pending any proceeding in which the Debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

_____/s/ Tabish Manzoor Syed_____
Tabish Manzoor Syed

**WHEREFORE,** the Plan Administrator, having fully administered this Estate, prays for the entry of an Order of Discharge and the entry of a Final Decree.

Date:    November 14, 2022             Respectfully Submitted,

                                       _____/s/ Brett Weiss_____
                                       Brett Weiss

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 14th day of November, 2022, I reviewed the Court's CM/ECF statem, and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Elizabeth Marian Abood-Carroll   ANHSOrlans@InfoEx.com
Leah Christina Freedman          leah.freedman@bww-law.com
Katherine A. (UST) Levin         Katherine.A.Levin@usdoj.gov
Paul J Moran                     ANHSOrlans@InfoEx.com
James C. Olson                   jolson@jamesolsonattorney.com
Malcolm Brooks Savage            LOGSECF@logs.com
William M. Savage                LOGSECF@logs.com
US Trustee - Baltimore           USTPRegion04.BA.ECF@USDOJ.GOV
Gerard R. Vetter                 gerard.r.vetter@usdoj.gov

also mailed first class mail, postage prepaid, to:

AT&T Mobility, PO Box 536216, Atlanta, GA 30353
BGE, PO Box 1475, Baltimore, MD 21203
Bryant Gardens Condominium Ass'n, c/o Howard Property Management, Inc., PO Box 250, Simpsonville, MD 21150
Capital One Bank, N.A., 1680 Capital One Drive, McLean, VA 22102
Dell Financial Services Llc, One Dell Way, Round Rock, TX 78682-7000
Dominion Financial Services, 1029 N. Calvert Street, Suite 100, Baltimore, MD 21202-3823
First Mariner Bank, PO Box 25959, Baltimore, MD 21224
Floyd Company, Inc., d/b/a Tax Reduction Specialists, PO Box 1691, Millersville, MD 21108
Haleemah Matin, 5623 Settler Place, Columbia, MD 21044
LendUp Card, 237 Kearny Street #197, San Francisco, CA 94108
Samuel & Lynette Berkley, 5007 Green Mountain Circle #6, Columbia, MD 21044
Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165
Verizon, Bankruptcy Department, 404 Brock Dr, Bloomington, IL 61701-2654

                _____/s/ Brett Weiss_____
                Brett Weiss